```
CLERK'S OFFICE U.S. DIST. COURT
        AT ROANOKE, VA
            FILED

        MAR 16 2016

    JULIA C. DUDLEY, CLERK
BY: /s/
      DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

HAMEEN SHAHID IRVIN,
    Plaintiff,

Civil Action No. 7:16-cv-00089

v.

**FINAL ORDER**

ROANOKE COUNTY COURTS, *et al.*,
    Defendant(s).

By:   Hon. Glen E. Conrad
Chief United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice,** pursuant to Fed. R. Civ. P. 41(b); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 16th day of March, 2016.

/s/ Glen E. Conrad
Chief United States District Judge